SUZANNE A. LUBAN
Attorney At Law
SBN: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone: (510) 832-3555



Counsel for Defendant Jennifer Lange

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER LANGE<br><br>Defendant. | ) Mag. No. 3-05-70262 JL<br>)<br>) ORDER FOR DEFENDANT'S<br>) TRANSPORTATION<br>) PURSUANT TO 18 U.S.C. §4285<br>)<br>)<br>)<br>) |

    The Court has found, pursuant to 18 U.S.C. §4285, that: (1) the defendant Jennifer Lange resides in the Central District of California; (2) the defendant was required to and did appear in court in this District; (3) the defendant is financially unable to provide her own transportation to return to her home district (the government having paid for her transport to this District from Southern California); and (4) it is in the interests of justice for the U.S. Marshal to arrange for and furnish the ground transportation and airfare for the defendant's noncustodial transportation back to the Central District,

    IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §4285, that the U.S. Marshal for the

Northern District of California shall arrange for the noncustodial transportation of Ms. Lange to the Ontario Airport, and shall furnish the fare for Ms. Lange to travel today, June 6, 2005, from the San Francisco federal courthouse to the San Francisco Airport and to travel by commercial airline from the San Francisco Airport to Ontario Airport, and to provide her with funds in the amount of $25 to travel to the airport in this District and to her home from the Ontario Airport in the Central District.

DATED: June 6, 2005

MARIA-ELENA JAMES
U.S. Magistrate Judge

SUZANNE A. LUBAN
Attorney At Law
SBN: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone: (510) 832-3555

Counsel for Defendant Jennifer Lange

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JENNIFER LANGE ) <br> ) <br> Defendant. ) | Mag. No. 3-05-70262 JL <br><br> CERTIFICATE OF SERVICE |

The undersigned certifies that she is over the age of 18, is not a party to this case and is competent to serve legal papers, and that she served the attached ORDER PURSUANT TO 18 U.S.C. §4285 on the attorney for the Government by hand delivery on June 6, 2005 as follows:

Denee A. DiLuigi, AUSA
450 Golden Gate Ave.
San Francisco, CA 94102

Dated: June 6, 2005

                                                    /s/ Suzanne A. Luban
                                                    Suzanne A. Luban